

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00349-CV

| | | |
|---|---|---|
| ERICA RICHARDSON AND R.E. RICHARDSON BUILDERS, LLC, Appellants | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2023-008111-1) |
| V. | § | May 8, 2025 |
| BUILDER SERVICES GROUP, INC. DBA TRUTEAM BUILDER SERVICES GROUP, INC. DBA QUALITY INSULATION, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

We have also considered the "Unopposed Motion to Dismiss R.E. Richardson Builders, LLC." We grant the motion and dismiss the appeal as to R.E. Richardson Builders, LLC.

It is further ordered that Appellee Builder Services Group, Inc. dba TruTeam Builder Services Group, Inc. dba Quality Insulation shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
     Justice Wade Birdwell